IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSH TRUPP | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION |
| ALLY FINANCIAL, INC., | : | No. 17-5404 |
|     Defendant. | : | |

## **ORDER**

**AND NOW**, this 31st day of May, 2018, upon consideration of Plaintiff's Motion to Dismiss Defendant's Counterclaim. (ECF No. 7.) and Defendant's Response thereto (ECF No. 12.), it is hereby **ORDERED** Plaintiff's Motion is **DENIED**.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.